■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MEDINA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rigler, J.), rendered November 20, 1981, convicting him of murder in the

second degree (two counts), robbery in the first degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Judgment reversed, on the law, and new trial ordered for the reasons stated in this court's memorandum decision on the codefendant's appeal *(People v Cruz,* 100 AD2d 882). Lazer, J. P., Mangano, Gibbons and Bracken, JJ., concur.